JEANNETTE A. ALLEN, Respondent, *v.* ELIZA J. ARKENBURGH, Individually and as Executrix of ROBERT H. ARKENBURGH, Deceased, Appellant, Impleaded with OLIVER M. ARKENBURGH, Individually and as Executor of ROBERT H. ARKENBURGH, Deceased.

*Allen* v. *Arkenburgh*, 2 App. Div. 452, affirmed.
(Argued February 1, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the. court on trial at Special Term.

*Charles Edward Souther* for appellant.

*Frank W. Arnold* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

———————

THOMAS J. KINSEY, Respondent, *v.* ELIZA J. ARKENBURGH, etc., Appellant.

*Kinsey* v. *Arkenburgh*, 2 App. Div. 618, affirmed.
(Argued February 1, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Charles Edward Souther* for appellant..

*Frank W. Arnold* for respondent.

Judgment affirmed, with costs, on authority of *Allen* v. *Arkenburgh* (158 N. Y. 697).
All concur.